IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

OSCAR ANTONIO DIAZ HUETE,    )
   )
        Petitioner,    )
   )
        v.    )      Civil Action No. 1:18-cv-1485 (AJT/IDD)
   )
JESSIKA OLIVETH SANCHEZ    )
SANCHEZ,    )
   )
        Respondent.    )
   )

## ORDER

This matter is before the Court on the Report & Recommendation [Doc. No. 23] of the

Magistrate Judge recommending that Plaintiff's Motion for Default Judgment [Doc. No. 15] be

granted and that the Court enter (1) a default judgment in favor of the Petitioner Oscar Antonio

Diaz Huete and against Respondent Jessika Oliveth Sanchez Sanchez for violation of 22 U.S.C.

§ 9001 *et seq.*; (2) an order directing the prompt return of the Child to her habitual residence of

Honduras; and (3) an order directing Respondent to pay Petitioner's legal costs and fees incurred

in connection with this action pursuant to 22 U.S.C. § 9007(b)(3). The Magistrate Judge advised

the parties that objections to Proposed Findings of Fact and Recommendations must be filed

within fourteen days of service and that failure to object waives appellate review. No objections

have been filed. Having conducted a *de novo* review of the record, the Court adopts and

incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is

hereby

ORDERED that the Report & Recommendation [Doc. No. 23] be, and the same hereby

is, ADOPTED; and it is further

1

ORDERED that Plaintiff's Motion for Default Judgment [Doc. No. 15] be, and the same hereby is, GRANTED; and it is further

ORDERED that judgment be, and the same hereby is, ENTERED in favor of Petitioner Oscar Antonio Diaz Huete and against Respondent Jessika Oliveth Sanchez Sanchez for violation of 22 U.S.C. § 9001 *et seq.*; and it is further

ORDERED that Respondent is directed to promptly return the Child to her habitual residence of Honduras; and it is further

ORDERED that Respondent is directed to pay Petitioner's legal costs and fees incurred in connection with this action pursuant to 22 U.S.C. § 9007(b)(3).

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
September 4, 2019